Order issued September 25, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00480-CR

**KELVIN JONES, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **REINSTATES** this appeal.

On August 23, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 21, 2012, we received the reporter's record. Therefore, we **VACATE** the August 23, 2012 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE